UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Tennant Company, a Minnesota Corporation,

Plaintiff,

v.

David Rice,

Defendant.

---

File No. 01-CV-1542 (RHK/JMM)

**JOINT STIPULATION AND ORDER**

WHEREAS, on or about August 6, 2001, Plaintiff Tennant Company ("Tennant") filed a lawsuit against Defendant David Rice ("Rice") seeking, *inter alia*, an injunction preventing him from soliciting Tennant's customers; and

WHEREAS, on August 20, 2001, Tennant filed a motion for temporary restraining order seeking to prohibit Rice from soliciting Tennant customers pending a temporary injunction hearing and seeking expedited discovery; and

WHEREAS, Rice removed this action to the United States District Court, District of Minnesota; and

WHEREAS, the parties desire to enter into an agreement to avoid a hearing on the motion for a temporary restraining order; and

WHEREAS, the parties agree to voluntarily expedite certain discovery in this matter.

NOW, THEREFORE, the parties hereby stipulate and agree, by and through their undersigned counsel, to the following:

AUG 30 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. That Rice shall not solicit any customers which he solicited during his employment at Tennant pending the outcome of a temporary injunction hearing to be held on or before September 30, 2001;

2. That the definition of customers shall be any customers Rice had direct contact with on behalf of Tennant, even if those customers were and remain customers of Rice's current employer;

3. That the definition of solicit shall be selling, marketing, promoting, discussing, or otherwise communicating about floor cleaning or floor treatment products or companies;

4. That Rice will respond to customer (as defined by paragraph 2) inquiries about Tennant products or services by directing inquirers to contact Mike Poindexter at Tennant's toll-free telephone number, and this information will be included in the message on Rice's office answering machine;

5. That Rice shall provide to Tennant within seven days of this Stipulation a written, signed and notarized list of Tennant customers he has solicited on behalf of his current employer;

6. That Rice shall provide to Tennant within seven days of this Stipulation a written, signed and notarized list of any and all documents, data and/or property which he received from Tennant and which he has provided to his current employer;

7. That Rice shall provide to Tennant within seven days of this Stipulation a written, signed, notarized list of any Tennant documents, data, or property, including any and all copies and electronic versions, which Rice received from Tennant but has not returned to Tennant;

8. That Rice shall submit to a deposition at which he shall produce all documents, data and/or property listed pursuant to items 5 through 7 above, on or before September 12, 2001 in the county in which he resides or other location agreed to by the parties.

Ronn B. Kreps (151142)
Dionne M. Benson (303896)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiff Tennant Company

Alec J. Beck (0201133)
Gregory P. Wilken (0273181)
SEATON, BECK & PETERS
7301 Ohms Lane
Edina, Minnesota 55439
(952) 921-4606

Attorneys for Defendant David Rice

**ORDER**

Based upon the foregoing Stipulation, the Court hereby orders:

1) The parties shall fulfill the obligations enumerated above;

2) The parties shall file any motion for a preliminary injunction, or for any other relief relating to this Order, on or before September 30, 2001; and

3) The parties shall not engage in other discovery in this matter prior to September 30, 2001 except upon motion and further Order of this Court.

Dated: 8/30/01

Judge of United States District Court

::ODMA\PCDOCS\LIB1\699143\1