**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Tennant company, a
Minnesota Corporation

File No. 01-CV-1542 (RHK/JMM)

Plaintiff,

vs.

**STIPULATION AND ORDER**

David Rice,

Defendant.

---

WHEREAS, on or about August 9, 2001, Plaintiff Tennant Company ("Tennant") filed a lawsuit against Defendant David Rice ("Rice"); and

WHEREAS, Rice removed the case to the United States District Court, District of Minnesota; and

WHEREAS, Rice's Answer is due on or about August 29, 2001; and

WHEREAS, the parties are currently engaged in negotiations on an interim settlement agreement.

NOW, THEREFORE, the parties hereby stipulate and agree, through their counsel, as follows:

Defendant, David Rice, has an extension of time to serve its Answer or motion under Rule 12 of the Federal Rules of Civil Procedure until September 10, 2001.

AUG 30 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 29th day of August, 2001

**SEATON, BECK & PETERS, P.A.**

By: ______________________

Alec J. Beck (#201133)
Gregory P. Wilken (#273181)
7301 Ohms Lane, Suite 320
Edina, MN 55439
(952) 896-1700
**ATTORNEYS FOR DEFENDANT**

Dated this 28th day of August, 2001

**LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.**

By: ______________________

Ronn B. Kreps (#151142)
Dionne M. Benson (#303896)
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431-1194
(952) 835-3800
**ATTORNEYS FOR PLAINTIFF**

**IT IS SO ORDERED:**

Dated: 8/30, 2001.

**BY THE COURT:**

______________________
Judge of the United States District Court



AUG-27-01 MON 12:43 PM SEATON,BECK&PETERS,P.A. FAX NO. 9528961706 P. 03/03

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500