**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Tennant Company, a
Minnesota Corporation

File No. 01-CV-1542 (RHK/JMM)

Plaintiff,

vs.

**STIPULATION AND ORDER**

David Rice,

Defendant.

---

WHEREAS, the above-entitled matter is set for a hearing to be held January 17, 2002, at 8:00 a.m. on Plaintiff Tenant Company's motion for a preliminary injunction; and

WHEREAS, the parties had agreed to the following briefing schedule:

- Defendant's response served by December 31, 2001;
- Plaintiff's reply and all papers served and filed by January 7, 2002; and

WHEREAS, the parties are currently engaged in settlement discussions; and

WHEREAS, the parties have agreed to extend the deadlines for serving and filing motion papers;

NOW, THEREFORE, the parties hereby stipulate and agree, through their counsel, as follows:

Defendant's response will be served and filed on or before January 3, 2002, and Plaintiff's reply and all papers will be served and filed on or before January 8, 2002.

FILED JAN 1 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 4 day of ~~December, 2001~~ January, 2002

SEATON, BECK & PETERS, P.A.

By: ______________________

Alec J. Beck (#201133)
Gregory P. Wilken (#273181)
7301 Ohms Lane, Suite 320
Edina, MN 55439
(952) 896-1700

**ATTORNEYS FOR DEFENDANT**

Dated this 2d day of ~~December, 2001~~ Jan- 2002

**FULBRIGHT & JAWORSKI, L.L.P.**

By: ______________________

Ronn B. Kreps (#151142)
Renee L. Jackson (#222604)
Nicholas A.J. Vlietstra (#241532)
225 South Sixth Street, Suite 4850
Minneapolis, MN 55402-4320
(612) 321-2800

**ATTORNEYS FOR PLAINTIFF**

**IT IS SO ORDERED:**

Dated: 1/14, 2001.

**BY THE COURT:**

______________________

Judge of the United States District Court