UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TENNANT COMPANY, A MINNESOTA CORPORATION,

Plaintiff,

v.

DAVID RICE,

Defendant.

FILE NO. 01-CV-1542 (RHK/JMM)

**ORDER FOR STIPULATED INJUNCTION AND DISMISSAL WITH PREJUDICE**

WHEREAS, David Rice ("Rice") was formerly employed by, and has voluntarily terminated his employment with, Tennant Company ("Tennant"); and

WHEREAS, Rice has accepted employment with and now works for Barloworld; and

WHEREAS, Tennant has commenced the above-captioned action against Rice in United States District Court, seeking relief, including temporary, preliminary, and permanent injunctive relief, for alleged breach of contract; and

WHEREAS, the Parties hereto desire to make this Stipulation in furtherance of their Settlement Agreement in this matter;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, as follows:

1. That the Court shall retain jurisdiction over the parties to enforce the parties' Confidential Settlement Agreement and Release and the Stipulated Injunction and Order, but that in all other respects the above-captioned action shall be dismissed with prejudice and on the merits and without any costs to any party.

JAN 1 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. That a Stipulated Injunction shall be issued in accordance with the Settlement Agreement as set forth below:

a. Through December 31, 2002, David Rice will not sell or solicit Advance products (or any other Conflicting Products) to any customers he solicited during his last three years of employment at Tennant;

b. Through December 31, 2001, David Rice will not sell or solicit Advance products (or any other Conflicting Products) in the territories on Exhibit A;

c. Through December 31, 2002, David Rice will not supervise, manage, direct, promote or assist in the development, production, sales, or servicing of any Conflicting Products in the territories listed on Exhibit A attached hereto; and

d. Through December 31, 2002, David Rice will not work in or for any division of Barloworld that sells Conflicting Products, such as Advance products in the territories listed on Exhibit A attached hereto.

e. Through December 31, 2002, David Rice will not disclose any confidential information he gained while employed by Tennant.

Dated: January 17, 2002.

Ronn B. Kreps (#151142)
Renee L. Jackson (#222604)
FULBRIGHT & JAWORSKI L.L.P.
225 South Sixth Street
Suite 4850
Minneapolis, Minnesota 55402
(612) 321-2800

ATTORNEYS FOR PLAINTIFF
TENNANT COMPANY

Dated: January 17, 2002.

Alec J. Beck (#201133)
Greg Wilken (#273181)
SEATON, BECK & PETERS, P.A.
Suite 320
7301 Ohms Lane
Edina, Minnesota 55439
(952) 896-1700

ATTORNEYS FOR DEFENDANT
DAVID RICE

Based upon the foregoing Stipulation for Injunction and Dismissal with Prejudice and upon all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1. That the foregoing Stipulation for Injunction and Dismissal with Prejudice is approved and accepted by the Court and incorporated into this Order;

2. That this Court shall retain jurisdiction over these parties as necessary to enforce the parties' Confidential Settlement Agreement and Release and this Order for Stipulated Injunction and Dismissal with Prejudice. In the event that this Court is unable to preside over any such disputes, jurisdiction is retained and will be retained and maintained in the United States District Court for the District of Minnesota; and

3. That in all other respects this action is dismissed with prejudice and on the merits and without costs to any party.

**BY THE COURT:**

Dated: January 17, 2002.

Richard H. Kyle
United States District Court Judge

25114316.1

# EXHIBIT A: TERRITORY

Shelby County, Tennessee

Arkansas Counties:

Craighead
Crittenden
Cross
Fulton
Independence
Izard
Jackson
Lee
Mississippi
Monroe
Prairie
Sharp
White
Woodruff

Mississippi Counties:

Benton
De Soto
Marshall
Tate